Mary Alice FRANCIS,
Plaintiff–Respondent,

v.

William Mannon FRANCIS,
Defendant–Appellant.

No. 57871.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 8, 1990.

Mary Ann Weems, Clayton, for defendant-appellant.

M. Harvey Pines, Clayton, for plaintiff-respondent.

ORDER

PER CURIAM.

Appellant appeals from the trial court's denial of his motion to modify decree of dissolution of marriage in regard to periodic maintenance. The trial court denied appellant's motion to dismiss with prejudice. The trial court did not err. An extended opinion would have no precedential value. Judgment affirmed in accordance with Rule 84.16(b).